UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-60563-BLOOM/Valle

PUROSYSTEMS, LLC,

    Plaintiff,

v.

EVERETTE WROTEN,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon Plaintiff PuroSystems, LLC's ("Plaintiff") Motion for Default Final Judgment, ECF No. [36] ("Motion"), filed on October 24, 2019. The Court has carefully reviewed the Motion, the record in this case, and the applicable law, and is otherwise fully advised. For the reasons that follow, Plaintiff's Motion is granted.

On March 27, 2019, Plaintiff served a copy of the summons and Complaint, ECF No. [1] ("Complaint"), on Defendant Everette Wroten ("Defendant"), ECF No. [7]. The Complaint alleged that Defendant failed to make principal and interest payments due under a negotiated settlement agreement. On April 30, 2019, Defendant filed an Answer, Affirmative Defenses, and Counterclaim. ECF No. [14]. On September 11, 2019, the Court issued an Order Scheduling Mediation for October 2, 2019, requiring a Mediation Report be filed by October 7, 2019. ECF No. [25]. The Mediation Report was timely filed but it indicated that Defendant failed to appear at Mediation. ECF No. [29]. On October 4, 2019, this Court issued an Order to Show Cause why Defendant failed to appear at Mediation and why default should not be entered against him by October 8, 2019. ECF No. [30].

After Defendant failed to timely respond, the Court issued an Order on Default Procedure, requiring Plaintiff to submit a Motion for Entry of Clerk's Default. ECF No. [31]. Plaintiff served Defendant's counsel with a copy of the Court's Order on Default Procedure on October 9, 2019. ECF No. [32]. Based on Defendant's failure to comply with Court orders, the Court struck Defendant's Answer and dismissed Defendant's Counterclaim without prejudice, effective on October 9, 2019. ECF No. [37]. On October 11, 2019, Plaintiff filed a Motion for Clerk's Entry of Default, ECF No. [33], which the Clerk of Court entered on the same day, ECF No. [34]. On October 15, 2019, the Court entered an Order on Default Judgment Procedure, indicating that Default Final Judgment would be entered against Defendant if Defendant failed to move to set aside the Clerk's Default. ECF No. [35]. To date, Defendant has not moved to set aside the Clerk's Default or filed any other paper in response to this Court's orders. Plaintiff filed the instant Motion on October 24, 2019. ECF No. [36].

If a defendant fails to plead or otherwise defend a complaint filed against it, the Clerk of Court may enter a default against that party. *See* Fed. R. Civ. P. 55(a). Once a default is entered, a plaintiff may seek entry of a default judgment against the defaulting defendant. *See* Fed. R. Civ. P. 55(b). By defaulting, a defendant is taken to admit the well-pleaded allegations of fact in a plaintiff's complaint. *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009) (quoting *Nishimatsu Const. Co., Ltd. v. Houston Nat'l Bank*, 515 F.2d 1200, 1206 (5th Cir. 1975)). Although facts are admitted as true, conclusions of law are not; a sufficient basis to state a claim must still exist in the pleadings before a court may enter a default judgment. *Nishimatsu Const. Co., Ltd.*, 515 F.2d at 1206.

By virtue of the Clerk's default and failure to respond to the Court's orders, Defendant is deemed to have admitted the allegations in Plaintiff's Complaint. Plaintiff has established liability

against Defendant in the following amounts based on Defendant's failure to make principal and interest payments when due under the parties' settlement agreement, as described in the Complaint.

| | |
|---|---:|
| Principal: | $147,700 |
| Interest: | $35,448 |
| Court Costs and Fees: | $2,310 |
| Attorney Fees: | $6,900 |
| **Total:** | **$192,358** |

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion, **ECF No. [36]**, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 58, the Court will separately enter Default Final Judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 25, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Everette L. Wroten
447 W. Maple
Linthicum, MD 21090